IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: TOMMY D. O'QUINN           )
                                  )
M&T MORTGAGE CORPORATION,   Creditor,   )
    vs.                           ) CASE NO. 04B41698
                                  ) JUDGE JACK B. SCHMETTERER
TOMMY D. O'QUINN,           Debtor,   )

**<u>RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE</u>**

Now comes M&T Mortgage Corporation, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the November 1, 2007 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of January 9, 2008.

    a. Attorney's Fees          $250.00
    b. Property Inspections      $30.00
    Total                       $280.00

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this notice, M&T Mortgage Corporation rights to collect these amounts will remain unaffected.

                        Respectfully Submitted,
                        M&T Mortgage Corporation

                        <u>/s/Michael Halpin</u>
                        Michael Halpin
                        ARDC#6239453

                        Pierce and Associates, P.C.
                        1 North Dearborn Street, Ste 1300
                        Chicago, Illinois 60602
                        (312)346-9088