```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 41698
   TOMMY D OQUINN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7699

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/10/2004 and was confirmed 02/02/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/27/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
HOUSEHOLD FINANCIAL SERV  CURRENT MORTG           .00          .00           .00
HOUSEHOLD FINANCIAL SERV  MORTGAGE ARRE      25458.53          .00      25458.53
M&T MORTGAGE CORP         CURRENT MORTG           .00          .00           .00
M&T MORTGAGE CORP         MORTGAGE ARRE      11216.30          .00      11216.30
THE ASSOCIATES            UNSECURED         NOT FILED          .00           .00
CARSON PIRIE SCOTT        UNSECURED            844.89          .00        267.58
HOMEQ SERVICING           UNSECURED           5726.50          .00       1813.59
PEOPLES GAS LIGHT & COKE  UNSECURED               .00          .00           .00
NATIONAL CAPITAL MANAGEM  UNSECURED           3507.66          .00       1110.88
NATIONAL CAPITAL MANAGEM  UNSECURED           2260.57          .00        715.93
US BANK                   UNSECURED         NOT FILED          .00           .00
WILMETTE POLICE           UNSECURED         NOT FILED          .00           .00
DAVID M SIEGEL            DEBTOR ATTY         2,244.00                   2,244.00
TOM VAUGHN                TRUSTEE                                        2,573.19
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 45,400.00

PRIORITY                                             .00
SECURED                                        36,674.83
UNSECURED                                       3,907.98
ADMINISTRATIVE                                  2,244.00
TRUSTEE COMPENSATION                            2,573.19
DEBTOR REFUND                                        .00
                        ---------------        ---------------
TOTALS                  45,400.00              45,400.00


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 41698 TOMMY D OQUINN
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/19/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 41698 TOMMY D OQUINN